# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| Commonwealth of Pennsylvania, Department of Agriculture, | : | No. 33 MAP 2014 |
| Appellee | : | |
| v. | : | |
| | : | |
| Thomas Carl Ambrosia and Albert Peter Ambrosia, | : | |
| Appellants | : | |

## ORDER

**PER CURIAM**                                                     **FILED:  November 6, 2014**

**AND NOW**, this 6th day of November, 2014, the above captioned appeal is quashed for failure to file a brief.